# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/30/2024

September 26, 2024

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom: 15D
New York, NY 10007

        Re:    **Velasquez v. Invictus Brbershop Corp**, et al.
               **Case 1:24-cv-03272-AT**

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Case Management Plan in this matter was currently due September 26, 2024. However, Defendants have recently been served a newly filed Amended Complaint and have not yet appeared in this matter. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 45-day adjournment of the Case Management Plan is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first Case Management Plan adjournment request.

GRANTED. The parties shall file their joint letter and proposed case management plan by **November 12, 2024**.

SO ORDERED.

Dated:  September 30, 2024
          New York, New York

_____
ANALISA TORRES
United States District Judge